# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br>     Plaintiff, <br> vs. <br><br> PACIFIC HEALTH CORPORATION and LOS ANGELES DOCTORS CORPORATION, <br>     Defendants. | Case No.: SACV 12-00446-CJC(MLGx) <br><br> DEFAULT JUDGMENT |

## DEFAULT JUDGMENT

Defendants Pacific Health Corporation and Los Angeles Doctors Corporation having been regularly served with process, having failed to plead or otherwise defend this action, and default having been entered;

///

///

///

///

It is hereby ORDERED, ADJUDGED, AND DECREED that Johnson & Johnson Health Care Systems, Inc. have judgment against Pacific Health Corporation and Los Angeles Doctors Corporation as follows:

| | | |
|---|---|---:|
| 1. | Damages | $485,696.77 |
| 2. | Attorneys' fees pursuant to Local Rule 55-3 | $13,313.94 |
| 3. | Filing Fees | $350.00 |

GRAND TOTAL   $499, 360.71

DATED:   December 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE