Donald G. Norris, SB 90000
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 996-8465

CLERK, U.S. DISTRICT COURT
Issued w/e
FEB - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY a.d  8:00 Am        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>PLAINTIFF(S)<br>v.<br>PACIFIC HEALTH CORPORATION and LOS ANGELES DOCTORS CORPORATION,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:12-cv-00446-CJC-MLG<br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

☒ State of California, County of Los Angeles

☐ State of _____, County of _____

I, Donald G. Norris _____ hereby state under penalty of perjury that,

1. Judgment for $ 499,360.71 was entered on 12/3/2012 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of JOHNSON & JOHNSON HEALTH CARE SYSTEMS, as Judgment Creditor, and against PACIFIC HEALTH CORP.; LOS ANGELES DOCTORS C as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 467.89 accrued interest, computed at .18 % *(See note.)*
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 15 date of January, 2012.

_____
Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)         AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION